UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 08-cr-00324-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. STEVEN GONZALES,

     Defendant.

---

## ORDER

---

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, November 10, 2008,** and responses to these motions shall be filed by **Monday, November 17, 2008.** It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Tuesday, November 25, 2008, at 2:30 p.m. in courtroom A-1002.**  It is

FURTHER ORDERED that a four-day jury trial is set for **Monday, December 15, 2008, at 9:00 a.m. in courtroom A-1002.**

Dated: October 30, 2008

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge